UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIO S. CRUZ,

Petitioner,

Case No. 06-CV-14200-DT
Hon. Gerald E. Rosen

GERALD HOFBAUER,

Respondant.
_______________________________________/

DAVID R. CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210
_______________________________________/

**NOTICE OF FILING IN STATE COURT**

PLEASE TAKE NOTICE that pursuant to this Honorable Court's Order granting Petitioner's Motion to Extend Time to Present Unexhausted Claims to State Court, counsel for Petitioner, Dario S. Cruz filed a Motion for Relief from Judgment in the Third Judicial Circuit Court for the County of Wayne on August 7, 2009.

Respectfully submitted,

s/David R. Cripps
DAVID CRIPPS (P34972)
Attorney for Defendant
431 Gratiot Avenue
Detroit, MI 48226
(313) 963-0210

Dated: August 27, 2009

**CERTIFICATE OF SERVICE**

DAVID R. CRIPPS hereby states that on the 27st day of August, 2009, he caused the foregoing *Notice of Filing in State Court* to be filed electronically with the United States District Court and that copies of said memorandum were forwarded to all counsel of record using the ECF system. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Mr. Dario Cruz

*s/David R. Cripps*
DAVID R. CRIPPS 34972