**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

______________________________________

**DARIO CRUZ,**
PETITIONER,

vs

NO: 06-CV-14200-DT
Honorable Gerald Rosen

**GERALD HOFBAUER,**
RESPONDENT,
____________________________________/

**RAY E. RICHARDS II**
Attorney for DARIO CRUZ
200 East Big Beaver Rd
Troy, MI 48083
1.313.694.8400
Email: rayrichardsesq@gmail.com

## APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE ENTER MY APPEARANCE ON BEHALF OF THE PETITIONER **DARIO CRUZ,** DEFENDANT IN THE ABOVE ENTITLED ACTION.

Respectfully submitted,

/S/ Ray E. Richards, II_______________/
Ray E. Richards, II
200 East Big Beaver Rd
Troy, MI 48083
1.313.694.8400
Email: rayrichardsesq@gmail.com

Dated: November 7,2017